UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAUL RAMIREZ SOCORRO,

Petitioner,

v. Case No.: 2:26-cv-00826-SPC-NPM

FACILITY ADMINISTRATOR, KROME SERVICE PROCESSING CENTER,

Respondent,

______________________________/

**OPINION AND ORDER**

Raul Ramirez Socorro filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court found no significant likelihood Ramirez Socorro would be removed in the reasonably foreseeable future. But in light of Ramirez Socorro's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public. On July 31, 2026, Assistant ICE Field Director Charles Parra completed a Decision to Continue Detention form. The form states Parra decided Ramirez Socorro should remain detained for two reasons: Ramirez Socorro did not demonstrate he would not pose a danger to the community if released, and ICE expects to remove Ramirez Socorro in the reasonably foreseeable future. But the stated basis of the decision only supports the second reason:

> ICE made such determination based upon: Your removal in the future is very likely. You pose a significant risk of flight if released. There are no other urgent humanitarian, medical or custodial issues present in your case.

(Doc. 18-1 at 1). The government also submitted declaration describing a failed attempt to coerce Ramirez Socorro to self-deport to Mexico on July 6, 2026. The government does not claim it has taken any steps to remove him since the Court's July 31, 2026, Order.

The Court already found no significant likelihood the government would remove Ramirez Socorro in the reasonably foreseeable future. Ramirez Socorro's continued detention reaffirms the Court's finding, and the government offers no new evidence that changes the Court's analysis. While Parra purportedly determined that Ramirez Socorro should be detained to protect the public, the stated basis for his decision has nothing to do with potential danger to the community. Within **seven days** of this Order, the government must file either (1) supplemental evidence establishing the factual basis for Parra's decision that Ramirez Socorro should be detained to protect the public, or (2) certification that Ramirez Socorro has been released from detention under reasonable conditions of supervision.

**DONE AND ORDERED** in Fort Myers, Florida on August 17, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record