UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAUL RAMIREZ SOCORRO,

Petitioner,

v. Case No.: 2:26-cv-00826-SPC-NPM

FACILITY ADMINISTRATOR, KROME SERVICE PROCESSING CENTER,

Respondent,
_______________________________/

**OPINION AND ORDER**

Raul Ramirez Socorro filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court found no significant likelihood Ramirez Socorro would be removed in the reasonably foreseeable future. But in light of Ramirez Socorro's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public. On July 31, 2026, Assistant ICE Field Director Charles Parra completed a Decision to Continue Detention form. The form stated Parra decided Ramirez Socorro remains a danger to the community but did not say why. The Court ordered the respondents to file supplemental evidence establishing the factual basis for Parra's decision.

In their amended response to the Court's order, the federal respondents provide the following explanation:

> Ramirez Socorro was federally convicted, and sentenced to 63 months in federal prison, in 2008 for conspiracy to interfere with commerce by robbery in which his role was to bring a bag of firearms, ammunition and a silencer to his coconspirators who planned to rob a stash house at gunpoint to steal kilograms of cocaine. After completing his sentence, Ramirez Socorro was arrested in 2014 for battery/domestic violence, after attacking his partner with a knife and punching her. While incarcerated at Turner Guilford Knight Correctional Center on another arrest for domestic violence and for tampering with a witness, Ramirez Socorro was taken into ICE custody on January 25, 2026.

(Doc. 22 at 2-3) (citations to the record omitted). That summary of Ramirez Socorro's criminal history is supported by the record and is not disputed. The Court finds it adequate to support Parra's determination that Ramirez Socorro poses a danger to the community sufficient to justify his current detention. Ramirez Socorro is entitled to annual review of his detention, and he can request additional review every three months. *See* 8 C.F.R. § 241.4(k) and (l). If the government does not provide future reviews required by § 241.4, Ramirez Socorro may file a new habeas petition. But the Court finds that Ramirez Socorro's current detention does not violate the Fifth Amendment or *Zadvydas*.

Ramirez Socorro's Petition for a Writ of Habeas Corpus (Doc. 1) is **denied**. The Clerk is **directed** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 9, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record